**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CALVIN FLOYD, | : No. 21 EM 2022 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| PHILADELPHIA COURT OF COMMON | : |
| PLEAS, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Writ of Mandamus is DENIED.